## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

IN RE:  KRISTIN ALLARD                                      BK NO.:  18-10820
        A/K/A KRISTIN ALLARD                              CHAPTER 7

### ENTRY OF APPEARANCE AND REQUEST FOR SERVICE
### IN ACCORDANCE WITH BANKRUPTCY RULE 2002

The undersigned hereby enters his appearance on behalf of Shamrock Finance LLC,

secured creditor, and requests that it be placed on the service list and that copies of all orders,

pleadings, notices and all other documents, including notice of any abandonment of property, that

are filed with this Court or the Office of the United States Trustee and served on the parties in

interest be duly served on the undersigned at the address set forth below in accordance with

Bankruptcy Rule 2002.

/s/ Marc D. Wallick
Marc D. Wallick, Esq.
WALLICK & ASSOCIATES, LTD.
51 Jefferson Boulevard, 1st Floor
Warwick, RI  02888
(401) 461-0100
wallicklaw@aol.com

DATED:  May 15, 2018

### CERTIFICATE OF SERVICE

I, Marc D. Wallick, Esquire, state that on the 15th day of May, 2018, I electronically filed
the foregoing Entry of Appearance and Request for Service with the United States Bankruptcy
Court for the District of Rhode Island using the CM/ECF System.  I served the foregoing
document on the following CM/ECF participants:

United States Trustee's Office

Peter G. Berman, Esq., Esq.
mail@raskinberman.com

dp c:\docs\bk-entapp-shamrock-allard