UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re: ) | |
| Kristen Allard, ) | BK NO: 18-10820 |
| Debtor ) | Chapter 7 |
| ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

NOW COMES, James J. McNulty, Esq. ("Attorney McNulty") through affiliated local counsel, Marc D. Wallick, Esq. of Wallick & Associates, LTD. ("Attorney Wallick"), and respectfully moves this Honorable Court pursuant to Local Rule 204 for admission *pro hac vice* as counsel for creditor Shamrock Finance LLC in the above captioned bankruptcy proceeding. In support of this motion, Attorney McNulty states as follows:

1.  That Attorney McNulty is an attorney who is a sole practitioner and is duly licensed to practice in the Commonwealth of Massachusetts and the United States District Court of Massachusetts.

2.  That Attorney McNulty is a member of the bar in good standing of every jurisdiction where he has been admitted to practice.

3.  That Attorney McNulty has not been subject to any prior or pending disciplinary proceedings and is of good moral character and otherwise qualified and fit to be admitted to practice *pro hac vice* before this Court.

4.  That Attorney McNulty is familiar with, and will follow, this Court's rules, procedures, timetables and all Rhode Island laws.

WHEREFORE, James J. McNulty, Esq. respectfully requests that this Court allow this Motion For Admission *Pro Hac Vice* to appear on behalf of and act as counsel for Shamrock Finance LLC in the above captioned matter.

Respectfully submitted,

/s/ *James J. McNulty*
James J. McNulty, Esq.
40 Court Street, Suite 1150
Boston, MA 02108
Tel No. 617-263-3300
jjm@jjmcnultylaw.com

/s/
Marc D. Wallick, Esq.
WALLICK & ASSOCIATES, LTD.
51 Jefferson Boulevard, 1st Floor
Warwick, RI 02888
Tel. No. (401) 461-0100
wallicklaw@aol.com

Dated: May 31, 2018

## CERTIFICATE OF SERVICE

I, Marc D. Wallick, state that on the 31st of May, 2018, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* with the United States Bankruptcy Court for the District of Rhode Island using the CM/ECF filing system. I served the foregoing document on the following CM/ECF participants:

United States Trustee's Office

Trustee

Peter G. Berman, Esq.
mail@raskinberman.com