## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

In Re: Kristin M Allard

Debtor(s)

BK No. 1:18−bk−10820

Chapter 7

### ORDER GRANTING (doc# 8 )
### Re: Motion to Appear Pro Hac Vice filed by Shamrock Finance LLC

After consideration of the pleading(s), it is hereby **ORDERED** that the above entitled document (doc. # 8 ) is **GRANTED** .

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **6/4/18**

Entered on Docket: **6/4/18**
Document Number: **9 − 8**

145.jsp

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*