Doc No: 00161933
Book: 11612  Page: 232

# QUITCLAIM DEED
*No Title Examination Requested*
*No Title Policy Issued*

I, **KRISTIN M. ALLARD a/k/a KRISTEN M. ALLARD**, presently residing in Providence, Rhode Island, as Sole Owner of the property herein described as "Exhibit A," which is attached and incorporated, grant to **THERESA PRIMO**, presently a resident of Providence, Rhode Island, as Sole Owner, of my interest in the property described hereinbelow for one dollar ($1.00) consideration paid

with **QUIT CLAIM COVENANTS**.

See Legal Description marked "Exhibit A" attached and made a part hereof.

Subject to all prior encumbrances and taxes assessed as of December 31, 2015.

Consideration for this conveyance is such that no documentary stamps are required nor any withholding.

The undersigned hereby certifies that this transfer is exempt from the smoke detector and carbon monoxide detector law as provided in Section 23-28.35-1 et seq. since this transfer is not the result of a sale.

Witness my hand this _9th_ day of January, 2017

_____
**KRISTIN M. ALLARD a/k/a KRISTEN M. ALLARD**

**STATE OF RHODE ISLAND**
**COUNTY OF PROVIDENCE**

In **PROVIDENCE** on the _9th_ day of January, 2017 before me personally appeared **KRISTIN M. ALLARD a/k/a KRISTEN M. ALLARD**, to me known and known by me to be the party executing the foregoing instrument, and she acknowledged said Quitclaim Deed by her executed to be her free act and deed.

_____
**NOTARY** Dawn F. Oliver
**MCE:** 4/30/2017

Property Address:
11 Hudson Street
Providence RI 02909
AP. 36 Lot. 302

Grantee's Address:
11 Hudson Street
Providence RI 02909

Doc No: 00161933
Book: 11612  Page: 233

## "EXHIBIT A"

That certain tract or parcel of land with all the buildings and improvements thereon, situated on the northerly side of Hudson Street in the City and County of Providence, State of Rhode Island, bounded and described as follows: Beginning at a point in the northerly line of Hudson Street seventy-seven and 10/100 (77.10) feet, more or less, westerly from the westerly line of Parade Street, said point of beginning being at the south-westerly corner of land now or lately of Emma Lancellotti and running thence westerly bounding northerly on said Hudson Street a distance of fifty-seven and 40/100 (57.40) feet to land now or lately of John Degaitas et ux; thence turning an interior angle of 90° and running northerly bounding westerly on said Degaitas land a distance of fifty (50) feet to land now or lately of Anthony Viola Jr. et ux; thence turning an interior angle of 90° and running easterly bounding northerly on said Viola land a distance of fifty-seven and 40/100 (57.40) feet to said Lancellotti land; thence turning an interior angle of 90° and running southerly bounding easterly on said Lancellotti land fifty (50) feet to the point or place of beginning, said last described line forming an interior angle of 90° with the line first herein described.

Being the same deed transferred from Kristen M. Allard, only surviving heir at law of Paula Maureen Allard to Ann Marie Fuscone dated December 27, 1995 recorded in the City of Providence Records of Deeds, Book 3253 at Page 046 on December 28, 1995.

RECEIVED:

Providence
Received for Record
Jan 18,2017 at 03:01P
Document Num: 00161933
John A Murphy
Recorder of Deeds

Property Address:
11 Hudson Street
Providence RI 02909
AP 36 Lot 302

Grantee's Address:
11 Hudson Street
Providence RI 02909