*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Kristin M Allard

Debtor(s)

BK No. 1:18–bk–10820

Chapter 7

---

*ORDER GRANTING MOTION/APPLICATION (doc# 13 ) BY RULE OF COURT*

*Re: Motion for Rule 2004 Examination of Theresa Primo*
*filed by Trustee Charles A. Pisaturo, Jr.*

The pleading was duly filed, served and noticed pursuant to local rules. No timely resistance/objection was filed.

THEREFORE, in accordance with R.I. LBR 9013–2(a),it is **ORDERED** that the Motion/Application (doc.# 13 ) is hereby GRANTED .

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **8/21/18**

Entered on Docket: **8/21/18**
Document Number: **20 – 13**

101.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*