UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN RE: | KRISTIN M. ALLARD | Chapter 7 |
| | | BK No. 18-10820 |
| | Debtor | |

## TRUSTEE'S NOTICE FOR COURT TO ESTABLISH A CLAIMS BAR DATE FOR ALL CREDITORS TO FILE PROOFS OF CLAIM

The undersigned, Charles A. Pisaturo, Jr., Esquire, chapter 7 trustee of the above referenced case, hereby requests that the Court notify all creditors and parties in interest of the possibility of a distribution and that they must file a Proof of Claim by a date certain in order to participate in any payment to creditors hereunder.

January 9, 2019

/s/Charles A. Pisaturo, Jr.
CHARLES A. PISATURO, JR. (REG. NO. 4615)
Trustee
Law Offices of Charles A. Pisaturo, Jr.
1055 Elmwood Avenue
Providence, RI  02907
TEL:   (401) 274-3800
FAX:   (401) 751-6786

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January, 2019, I served by electronic filing (ECF), or by email or first-class mail, postage pre-paid, a true copy of the within TRUSTEE'S NOTICE TO ESTABLISH CLAIMS BAR DATE to the following parties: Gary L. Donahue, Esq., Assistant U.S. Trustee, Peter G. Berman, Esq., Marc D. Wallick, Esq.:

Matthew J. McGowan, Esq.
Salter McGowan Sylvia & Leonard, Inc.
56 Exchange Terrace
Providence, RI 02903
MMcGowan@smsllaw.com

James J. McNulty
40 Court Street Suite 1150
Boston, MA 02108

PRA Receivables Management, LLC  PO Box 41021
Norfolk, VA 23541

/s/Jennifer Peters
Jennifer Peters
Law Offices of Charles A. Pisaturo, Jr.
1055 Elmwood Avenue
Providence, RI    02907