**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In Re: **Kristin M Allard**

Case No.: 1:18-bk-10820

### *NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO THE RECOVERY OF ASSETS*

*NOTICE IS GIVEN THAT:*

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, the Trustee has notified the Court that there are assets available for distribution to creditors.

*Non Governmental Creditors* who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at

380 Westminster Street Providence RI 02903

> *Date: 4/9/19*

*Governmental Unit Creditors* must file a proof of claim on or before:

> *Date: 4/9/19*

*IT IS YOUR RESPONSIBILITY TO PROVIDE NOTIFICATION TO THE COURT OF ANY CHANGE IN ADDRESS. FAILURE TO DO SO MAY RESULT IN THE DEPOSIT OF YOUR SHARE OF THE DISTRIBUTION INTO THE COURT REGISTRY AS UNCLAIMED FUNDS.* Creditors who do not file a proof of claim on or before this date may not share in any distribution from the debtor's estate.

The proof of claim form may be obtained at any bankruptcy court clerk's office or from our website: www.rib.uscourts.gov. It may be filed by regular mail or electronically at the court's web site at www.rib.uscourts.gov. Select File a Proof of Claim, and follow the on-line instructions. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self-addressed envelope. There is no fee for filing the proof of claim.

*ALL CREDITORS MUST FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE DATE SET FORTH ABOVE. IF YOU HAVE PREVIOUSLY FILED A CLAIM IN THIS CASE, YOU DO NOT NEED TO FILE A NEW ONE NOW.*

Susan M. Thurston

Clerk, US Bankruptcy Court

By: CAL

Deputy Clerk
Dated: 1/9/19

Document Number: 42 - 41

351b.jsp

---